**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division**

Victor Perez–Gomez

                         Plaintiff,

v.                                            Case No.: 1:14–cv–05556
                                               Honorable John Z. Lee

Sudler Property Management

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 7, 2015:

      MINUTE entry before the Honorable John Z. Lee:Status hearing held on 1/7/15. Plaintiff reports that the parties have reached a settlement. This case is dismissed without prejudice; the dismissal will become with prejudice in 60 days. Civil case terminated.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.